# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| Tyler Samone Newsone, as Successor in Interest for Jacquese Richard,<br><br>Plaintiff,<br><br>v.<br><br>Becton Dickinson and Company, et al.,<br><br>Defendants. | CV-23-01773-PHX-DGC<br><br>**ORDER RE: DISMISSAL** |

Pending before the Court is the parties' stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Doc. 856, MDL No. 3081.

**IT IS ORDERED** that the above-entitled action is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 14th day of June, 2024.

David G. Campbell
Senior United States District Judge

1